

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00301-CV

Armando **MONTELONGO,** Jr., Real Estate Training International, LLC, Performance Advantage Group, Inc., and License Branding, LLC,
Appellants

v.

Cecil G. **ABREA**, et al.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13094
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellants' brief is due June 3, 2019. Appellants have filed an unopposed motion for extension of time asking for an additional twenty days in which to file their brief. We **GRANT** appellants' motion and **ORDER** appellants to file their brief in this court **on or before June 24, 2019.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court